IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No.  3:22 CR 76 |
| Plaintiff, | ORDER ADOPTING |
| -vs- | REPORT & RECOMMENDATION |
| Shefiu Animashaun Hanson, | JUDGE JACK ZOUHARY |
| Defendant. | |

Defendant was initially arrested in the Northern District of Illinois (Doc. 12 at 1–2).  He appeared before Magistrate Judge Cummings and was ordered detained.  The case was then transferred to the Northern District of Ohio, where Magistrate Judge Clay held another detention hearing.  During the hearing, Judge Clay "received testimony, evidentiary proffers, and arguments of counsel" (Doc. 12 at 2).  Like Judge Cummings, Judge Clay found pretrial detention was necessary.  He therefore issued a Report & Recommendation ("R&R") recommending this Court deny Defendant's request to set aside the Order of Detention issued by Magistrate Judge Cummings and deny temporary release under Section 3142(i) (*id.* at 13).

This Court has reviewed the transcript of the hearing before Judge Clay (Doc. 15), as well as the filings related to the R&R (Docs. 13–14).  This Court adopts the R&R (Doc. 12), which meticulously walks through each of the factors set forth in Section 3142, in its entirety.  The Government's response (Doc. 14) correctly refutes Defendant's Objections (Doc. 13).

The Motion for Pretrial Release (Doc. 8) is Denied.  This Court confirms the initial conference set for **Wednesday, June 22, 2022 at 10:00 AM**.  Counsel and Defendant may attend by Zoom.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

June 2, 2022